## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZINA ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HOME GOODS, INC., TJX COMPANIES** | : | **NO. 23-1945** |

## ORDER

**NOW**, this 22nd day of August, 2023, upon consideration of the defendants' Motion to Dismiss and Transfer (Doc. No. 9), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.